**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

PETER J. MESSITTE6500 CHERRYWOOD LANE
UNITED STATES DISTRICT JUDGEGREENBELT, MARYLAND  20770
301-344-0632

## MEMORANDUM

TO:Counsel and Probation

FROM:Judge Peter J. Messitte

RE:*United States v. Fox*
Cr. No. PJM-05-405

DATE:December 24, 2021

\* \* \*

Lawrence Fox, through counsel, filed a Motion to Terminate Supervised Release on September 8, 2021. ECF No. 78. No hearing is necessary. *See* Loc. R. 105.6.

On October 1, 2009, Fox pleaded guilty to a single count of Possession of Child Pornography in violation of 18 U.S.C. § 2252A(a)(5)(B). *See* ECF No. 23. On July 6, 2011, the Court imposed a sentence of 97 months' incarceration to be followed by a period of supervised release for five years. *See* ECF No. 44 (Judgment). Fox's period of supervision commenced on April 14, 2017. Supervised release was revoked on February 28, 2019, after Fox pleaded guilty to two state crimes and was found to be in possession of electronic devices without prior approval of his Probation Officer. *See* ECF No. 75. Fox was released again on November 18, 2019, and his term of supervised release is set to expire on November 27, 2023. *See* ECF No. 81. Fox now seeks early termination of supervised release, to enable him to pursue further education and to move to Israel. *See* ECF No. 78.

The Court has been advised that the U.S. Probation Office does not support early termination of supervised release for any person on supervision for a sex offense. Additionally, the Court has received the Government's Response in Opposition indicating that it opposes Fox's Motion. ECF No. 81. The Government reports that Fox has demonstrated he cannot be trusted to follow the law, as evidenced by his repeat failure to comply with conditions of release in the past, including viewing adult pornography on a college campus; possessing additional child pornography; committing new crimes, including failing to register as a sex offender, and illegally possessing weapons; and possessing unapproved electronic devices. *Id.* (citing ECF No. 44, 71, 75). The Government contends that Fox's behavior also demonstrates he is a continued danger to the community. *Id.*

Based on this conduct, the Court concurs that Fox's behavior while under supervision does not warrant early termination. The Court **DENIES** Fox's Motion, ECF No. 78.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

                                                              /s/
                                   PETER J. MESSITTE
                        UNITED STATES DISTRICT JUDGE

cc:      Court File
          Rachel_Snyder@mdp.uscourts.gov